BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-MC-00040-GEB |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. ) | |
| APPROXIMATELY $93,216.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and claimant Salvador Ortiz ("claimant"), by and through their respective attorneys, as follows:

1. On or about March 14, 2012, claimant Salvador Ortiz filed a claim, in the administrative forfeiture proceedings, with the Internal Revenue Service - Criminal Investigation with respect to the Approximately $93,216.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on or about December 22, 2011, and January 6, 2012.

2. The Internal Revenue Service - Criminal Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency

1  under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim
2  to the defendant currency as required by law in the administrative forfeiture
3  proceeding.
4      3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a
5  complaint for forfeiture against the defendant currency and/or to obtain an indictment
6  alleging that the defendant currency is subject to forfeiture within 90 days after a
7  claim has been filed in the administrative forfeiture proceedings, unless the court
8  extends the deadline for good cause shown or by agreement of the parties.  That
9  deadline is currently June 12, 2012.
10     4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to
11 extend to September 10, 2012, the time in which the United States is required to file a
12 civil complaint for forfeiture against the defendant currency and/or to obtain an
13 indictment alleging that the defendant currency is subject to forfeiture.
14     5. Accordingly, the parties agree that the deadline by which the United States
15 shall be required to file a complaint for forfeiture against the defendant currency
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 10, 2012.

Dated:  5/24/12

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:  5/24/12

/s/ Michael J. Shambrook
MICHAEL J. SHAMBROOK
Attorney for Claimant Salvador Ortiz

(Signature retained by attorney)

**IT IS SO ORDERED.**

Dated:  May 29, 2012

GARLAND E. BURRELL, JR.
United States District Judge

3                    Stipulation and Order to Extend Time